MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
SCOTT R. MONTGOMERY, ESQ., SBN 278060
smontgomery@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile : 707-542-2589

Attorneys for Plaintiffs C.F. by and through her
guardian ad litem and guardian Solomon Farr; E.F
by and through her guardian ad litem and guardian
Solomon Farr; and S.F. by and through his guardian ad
litem and guardian Solomon Farr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.F., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTERNATIVE FAMILY SERVICES, INC.; et al.,<br><br>    Defendants. | Case No.: 19-cv-04910-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS 42 U.S.C. 1983 CAUSE OF ACTION WITH PREJUDICE AND TO REMAND ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA |

[~~PROPOSED~~] ORDER

The Court, having reviewed the above stipulation and good cause appearing, HEREBY ORDERS as follows:

1.    Plaintiffs' 42 U.S.C. 1983 cause of action is dismissed with prejudice;

2.    All further proceedings in this case are REMANDED to the Superior Court of the State of California, County of Sonoma.

3.    The Clerk of the Court shall send copies of this order to all counsel of record for all parties.

4.    Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court shall mail a certified copy

of this order of remand to the Clerk of the Superior Court of the State of California, County of Sonoma.

5. The Clerk of the Court shall also transmit the record herein to the Clerk of the Superior Court of the State of California, County of Sonoma.

6. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the State of California, as may be appropriate in due course.

7. The Clerk of the Court shall CLOSE this case.

**IT IS SO ORDERED.**

Dated: October 18, 2019



CHARLES R. BREYER
United States Senior District Judge

-2-
[PROPOSED] ORDER GRANTING STIP. TO DISMISS 42 U.S.C. 1983 CAUSE OF ACTION WITH PREJ. AND TO REMAND ACTION TO THE SUP. COURT OF THE STATE OF CALIFORNIA, CO. OF SON.